IN THE UNITED STATES DISTRICT COURT
FOR THE ~~MIDDLE~~ DISTRICT OF ~~PENNSYLVANIA~~ MARYLAND

UNITED STATES OF AMERICA,  :
:
:
v.  :  Criminal Action No. PJM-08-0384
:
C&R Environmental Associates, Inc.  :
DEFENDANT(S)  :

### DEFENDANT DISCLOSURE STATEMENT PURSUANT TO Fed. R. Cr. P. 12.4(a)(1)

Pursuant to Rule 12.4(a)(1) of the Federal Rules of Criminal Procedure, the defendant makes the following disclosure:

1. The party is a non-governmental corporate party.

2. List below any parent corporation or state that there is no such corporation:

**There is no such Corporation.**

3. List below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

**There is no such Corporation.**

The undersigned party understands that under Rule 12.4(a)(1) of the Federal Rules of Criminal Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

_____
Signature of Counsel for Party

Date: August 18, 2008